630

S. R. HAYNES, Appellant, v. O. E. RIPPE-
TOE, County Judge, Comanche County,
Texas, Appellee.

No. 2600.

Court of Civil Appeals of Texas. Eastland.

June 20, 1947.

Rehearing Denied July 16, 1947.

Holmes & Nicholson, of Comanche, for appellant.

O. E. Rippetoe, of Comanche, for appellee.

LONG, Justice.

This is a companion case to Haynes v. Rippetoe, County Judge, Tex.Civ.App., 203 S.W.2d 628. Our holding in that case is equally applicable here as the same questions are involved. The District Court was correct in refusing to grant a Writ of Mandamus as prayed for.

Appeal dismissed.